**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

**CASE NO.**

26-CV-61160 SINGHAL

EAN MICHAEL ROLLINS,

      Plaintiff,

v.

ULTION LLC. D/B/A BURNT
SMOKEHOUSE & BAR *et al.*,

      Defendants.

_____/

**SUMMONS IN A CIVIL ACTION**

To:         Defendant:     Ultion LLC. d/b/a Burnt Smokehouse & Bar
          Registered Agent:  Shmuel Sabol
                          510 East Ocean Ave Apt. 467
                          Boynton Beach, Florida 33435

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Dillon S. Cuthbertson, Esq.
Koz Law, P.A.
800 East Cypress Creek Road, Suite 421
Fort Lauderdale, Florida 33334

Tel:   (786) 924-9929
Fax:  (786) 358-6071
Email: dc@kozlawfirm.com

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Date:    Apr 21, 2026    _____



**SUMMONS**

*s/ Patricia Curtis*
_____
Deputy Clerk
U.S. District Courts

Angela E. Noble
Clerk of Court

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

**CASE NO.**

26-CV-61160 SINGHAL

EAN MICHAEL ROLLINS,

      Plaintiff,

v.

ULTION LLC. D/B/A BURNT
SMOKEHOUSE & BAR *et al.*,

      Defendants.

_____/

**SUMMONS IN A CIVIL ACTION**

To:      Defendant:      Shmuel Sabol
                                  3170 Stirling Rd Unit A3
                                  Hollywood, Florida 33021

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Dillon S. Cuthbertson, Esq.
Koz Law, P.A.
800 East Cypress Creek Road, Suite 421
Fort Lauderdale, Florida 33334

Tel:   (786) 924-9929
Fax:  (786) 358-6071
Email: dc@kozlawfirm.com

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Date:   Apr 21, 2026



**SUMMONS**

*s/ Patricia Curtis*

Deputy Clerk
U.S. District Courts

Angela E. Noble
Clerk of Court